# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TIMOTHY THIBODEAUX

NO. 2019 KW 0978

**JANUARY 22, 2020**

---

In Re: Timothy Thibodeaux, applying for rehearing, 17th Judicial District Court, Parish of Lafourche, No. 475003.

---

**BEFORE: WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

**APPLICATION FOR REHEARING NOT CONSIDERED.** Relator failed to timely file an application for rehearing and "[n]o extension of time for filing an application for rehearing shall be granted." See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.2(A) & (C).

**VGW**
**WJB**

**Guidry, J.,** dissents.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.